ANTHONY BIMONTE ET AL. *v.* WATER POLLUTION CONTROL AUTHORITY OF THE CITY OF NEW HAVEN (10554)

DALY, LANDAU and HEIMAN, Js.

Argued April 30—decision released May 19, 1992

*Richard M. Franchi,* for the appellants (plaintiffs).

*Barry J. Waters,* with whom, on the brief, was *Gregory C. Davis,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.